IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY W. CALHOUN, # 163934, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv1027-MHT |
| | ) | (WO) |
| RICHARD F. ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On April 1, 2009, the magistrate judge filed a recommendation (Doc. # 13) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge is adopted and that this case is dismissed without prejudice.

DONE, this 27th day of April, 2009.

　　　　　　　　　　　　　　　　 /s /   Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE